IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE: **)**
**)**
Pegrum Creek, LLC, **)** CASE NO. 24-81037-CRJ11
EIN: XX-XXX6194 **)** CHAPTER 11
**)**
Debtor. **)**

**ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT; SCHEDULING CONFIRMATION HEARING; FIXING TIME FOR OBJECTING TO CONFIRMATION AND FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN**

This case came before the Court for hearing on December 17, 2025 on the Debtor's Second Amended Disclosure Statement Accompanying Plan of Liquidation Dated December 16, 2025, ECF No. 324. Appearing at the hearing were Stuart Maples, Esq., counsel for the Debtor; Richard Blythe Esq., counsel for the Bankruptcy Administrator; Matthew Hancock, Esq., counsel for The Bank of Frankewing; and Catherine Via, Esq., counsel for FirstBank.

For the reasons stated on the record, the Court finds that the Disclosure Statement, as subsequently revised, *see* Debtor's Second Amended Disclosure Statement Accompanying Plan of Liquidation Dated December 16, 2025, ECF No. 328 (the "Disclosure Statement"), contains adequate information regarding Debtor's Plan of Liquidation as required under 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. The Disclosure Statement is hereby **APPROVED**.

2. Hearing on Confirmation of the Plan will be held on **January 22, 2026** at **11:00 a.m.,** before the Honorable Clifton R. Jessup, Jr. at the **United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**.

3. **January 20, 2026** by **4:00 p.m.** is fixed as the deadline by which the holders of claims and interests against the Debtor must file ballots accepting or rejecting the Plan.

4. **January 20, 2026** by **4:00 p.m.** is fixed as the last day by which creditors and parties in interest must file any objections to confirmation of the Plan.

5. The Debtor may file any motion relating to modification of the plan on or before **January 21, 2026 by 12:00 p.m., Noon.**

6. The Debtor must tabulate all acceptances and rejections of the Plan and file a Ballot Summary with the Court on or before **January 21, 2026** by **4:00 p.m.**

7. The Debtor must file a Memorandum in Support of Confirmation explaining pursuant to 11 U.S.C. § 1129 how the Plan satisfies the requirements for confirmation, on or before **January 21, 2026** by **4:00 p.m.**

Dated this the 18th day of December, 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order prepared by:
Stuart M. Maples, counsel for the Debtor smaples@thompsonburton.com